57 F.3d 1074
NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
 Donald E. KUBICEK, Plaintiff-Appellant,
v.
Robin A. HEYEN, individually and officially; Byron R.
Buzek, individually and officially; Allen Moore,
individually and officially; Mike Kovarik, individually and
officially; Gerald Bruening, individually and officially;
Rick Nettifee, individually and officially, Defendants-Appellees,
Gregory Baumann, individually and officially, Defendant,
Jeff Wooters, individually and officially; Jeff Good,
individually and officially; George Beyer, individually and
officially; Jim Clark, individually and officially; Tim
Coffey, individually and officially; Dave Parks,
individually and officially; Robert Conner, individually and
officially, Defendants-Appellees,
City of Crete, Nebraska; County of Saline, Nebraska, Defendants.
 No. 94-2616
 United States Court of Appeals,
Eighth Circuit.
 Submitted: May 29, 1995
Filed: June 15, 1995
 
 Before McMILLIAN, FAGG, and MAGILL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Donald E. Kubicek appeals the district court's grant of summary judgment to five members of the Saline County Sheriff's Office in Kubicek's civil rights action. On review of the record, we find no error by the district court. The court will not consider Kubicek's arguments raised for the first time on appeal. We thus affirm on the basis of the district court's opinion.
 
 
 2
 The motion to dismiss the remaining defendants from this appeal is granted.
 
 
 3
 Accordingly, we affirm. See 8th Cir. R. 47B.